Exhibit 1

# United States Patent Office

**728,889**
Registered Mar. 20, 1962

## PRINCIPAL REGISTER
### Trademark

Ser. No. 117,864, filed Apr. 14, 1961



HMH Publishing Co., Inc. (Illinois corporation)
232 E. Ohio St.
Chicago 11, Ill.

For: TIES AND MEN'S AND WOMEN'S SHIRTS, in CLASS 39.

First use Apr. 3, 1959, on men's shirts; in commerce Apr. 28, 1959.

# United States Patent Office

**759,207**
Registered Oct. 29, 1963

## PRINCIPAL REGISTER
### Trademark

Ser. No. 162,258, filed Feb. 7, 1963



HMH Publishing Co., Inc. (Illinois corporation)
232 E. Ohio St.
Chicago 11, Ill.

For: CUFF LINKS, TIE TACKS, EARRINGS, NECKLACES, KEY CHAINS, BRACELETS, AND PINS, in CLASS 28.

First use in October 1955 on cuff links; in commerce in October 1955.

Owner of Reg. Nos. 643,926 and 747,259.

# United States Patent Office

**784,504**
Registered Feb. 2, 1965

## PRINCIPAL REGISTER
### Trademark

Ser. No. 192,592, filed May 4, 1964



HMH Publishing Co., Inc. (Illinois corporation)
232 E. Ohio St.
Chicago 11, Ill.

For: BEACH TOWELS, in CLASS 42.
First use on or about Mar. 12, 1964; in commerce on or about Mar. 12, 1964.

# United States Patent Office

**791,333**
Registered June 22, 1965

## PRINCIPAL REGISTER
### Trademark

Ser. No. 193,953, filed May 21, 1964



HMH Publishing Co. Inc. (Delaware corporation)
232 E. Ohio St.
Chicago, Ill., by merger and change of name from
HMH Publishing Co., Inc. (Illinois corporation)
Chicago, Ill.

For: PLAYING CARDS, in CLASS 22.
First use in or about October 1958; in commerce in or about October 1958.
Owner of Reg. No. 643,926.

# United States Patent Office

**791,734**
Registered June 29, 1965

## PRINCIPAL REGISTER
### Trademark

Ser. No. 193,952, filed May 21, 1964

# PLAYBOY

HMH Publishing Co. Inc. (Delaware corporation)
232 E. Ohio St.
Chicago, Ill., by merger and change of name from
HMH Publishing Co., Inc. (Illinois corporation)
Chicago, Ill.

For: PLAYING CARDS, in CLASS 22.
First use in or about October 1958; in commerce in or about October 1958.
Owner of Reg. No. 600,018.

# United States Patent Office

**984,548**
**Registered May 21, 1974**

## PRINCIPAL REGISTER
## Trademark

Ser. No. 238,954, filed Feb. 16, 1966

 PLAYBOY

Playboy Enterprises, Inc. (Delaware corporation)
919 N. Michigan Ave.
Chicago, Ill. 60611, by change of name from
HMH Publishing Co., Inc. (Delaware corporation)
Chicago, Ill.

For: ARTICLES OF MEN'S AND WOMEN'S CLOTHING — NAMELY, SHIRTS, SLEEPWEAR, TIES, ASCOTS, SWEATERS, WARM-UP SHIRTS, BATH KILTS, AND HOSIERY—in CLASS 39 (INT. CL. 25).

First use Apr. 3, 1959; in commerce Apr. 28, 1959.

B. DENNISON, Examiner

Int. Cl.: 9

Prior U.S. Cl.: 26

# United States Patent Office

Reg. No. 1,040,491
Registered June 1, 1976

## TRADEMARK
### Principal Register

# PLAYBOY

Playboy Enterprises, Inc. (Delaware corporation)
919 N. Michigan Ave.
Chicago, Ill. 60611

For SUNGLASSES, in CLASS 9 (U.S. CL. 26).
First use on or about Apr. 15, 1974; in commerce on or about Apr. 15, 1974.
Owner of Reg. Nos. 600,018, 755,301, 871,552, and others.

Ser. No. 65,847, filed Oct. 14, 1975.

CHARLES R. FOWLER, Supervisory Examiner
RICHARD A. STRASER, Examiner

Int. Cl.: 9

Prior U.S. Cl.: 26

## United States Patent Office

Reg. No. 1,058,294
Registered Feb. 8, 1977

## TRADEMARK
### Principal Register



Playboy Enterprises, Inc. (Delaware corporation)
919 N. Michigan Ave.
Chicago, Ill. 60611

For: SUNGLASSES, in CLASS 9 (U.S. CL. 26).
First use on or about Apr. 15, 1974; in commerce on or about Apr. 15, 1974.
Owner of Reg. Nos. 643,926, 873,370, and others.

Ser. No. 67,124, filed Oct. 28 1975.

CHARLES R. FOWLER, Supervisory Examiner
J. D. SAMS, Examiner

Int. Cl.: 25

Prior U.S. Cl.: 39

**Reg. No. 1,320,822**

## United States Patent and Trademark Office
Registered Feb. 19, 1985

## TRADEMARK
Principal Register

# PLAYBOY

Playboy Enterprises, Inc. (Delaware corporation)
919 N. Michigan Ave.
Chicago, Ill. 60611

For: FOOTWEAR, in CLASS 25 (U.S. Cl. 39).
First use Nov. 20, 1979; in commerce Nov. 20, 1979.
Owner of U.S. Reg. No. 984,548.

Ser. No. 264,124, filed May 30, 1980.

TERESA M. RUPP, Examining Attorney

**Int. Cl.: 18**

**Prior U.S. Cls.: 2 and 3**

**United States Patent and Trademark Office**

Reg. No. 1,908,471

Registered Aug. 1, 1995

## TRADEMARK
### PRINCIPAL REGISTER



PLAYBOY ENTERPRISES, INC. (DELAWARE CORPORATION)
680 NORTH LAKE SHORE DRIVE
CHICAGO, IL 60611

   FOR: TOTE BAGS, SUITCASES AND GAR-MENT BAGS FOR TRAVEL, IN CLASS 18 (U.S. CLS. 2 AND 3).

   FIRST USE 1–2–1986; IN COMMERCE 1–2–1986.

   SER. NO. 74–522,307, FILED 5–6–1994.

JEFFREY LOOK, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

**United States Patent and Trademark Office**

Reg. No. 2,177,521

Registered July 28, 1998

## TRADEMARK
### PRINCIPAL REGISTER



PLAYBOY ENTERPRISES, INC. (DELAWARE CORPORATION)
680 NORTH LAKE SHORE DRIVE
CHICAGO, IL 60611 PLAYBOY ENTERPRISES, INC. (DELAWARE CORPORATION)

680 NORTH LAKE SHORE DRIVE
CHICAGO, IL 60611

FOR: JEWELRY, NAMELY, RINGS FOR THE FINGER, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 3-0-1997; IN COMMERCE 3-0-1997.

OWNER OF U.S. REG. NOS. 643,926, 871,553, AND OTHERS.

SN 75–226,139, FILED 1–15–1997.

EDWARD NELSON, EXAMINING ATTORNEY

**Int. Cl.: 21**

**Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40 and 50**

**United States Patent and Trademark Office**

**Reg. No. 2,469,441**

Registered July 17, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## PLAYBOY

PLAYBOY ENTERPRISES INTERNATIONAL, INC. (DELAWARE CORPORATION)
680 NORTH LAKE SHORE DRIVE
CHICAGO, IL 60611

FOR: BEVERAGE GLASSWARE, CHAMPAGNE BUCKETS, BEVERAGE STIRRERS, SERVING TRAYS NOT OF PRECIOUS METAL, COCKTAIL SHAKERS AND STRAINERS THEREFOR, BOTTLE OPENERS AND CORK SCREWS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 5-25-1962; IN COMMERCE 5-25-1962.

SER. NO. 76-020,905, FILED 4-7-2000.

YONG KIM, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,632,523
Registered Oct. 8, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## PLAYBOY

PLAYBOY ENTERPRISES INTERNATIONAL, INC. (DELAWARE CORPORATION)
680 NORTH LAKE SHORE DRIVE
CHICAGO, IL 60611

FOR: POSTERS; CALENDARS; TRADING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-1-1985; IN COMMERCE 11-1-1985.

OWNER OF U.S. REG. NOS. 676,726, 2,260,234, AND OTHERS.

SN 76-005,003, FILED 3-20-2000.

YONG KIM, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**Reg. No. 2,663,899**

## United States Patent and Trademark Office

**Registered Dec. 17, 2002**

### TRADEMARK
### PRINCIPAL REGISTER

## PLAYMATE

PLAYBOY ENTERPRISES INTERNATIONAL, INC. (DELAWARE CORPORATION)
680 NORTH LAKE SHORE DRIVE
CHICAGO, IL 60611

FOR: POSTERS, CALENDARS, TEMPORARY TATTOOS, STICKERS, DECALS, PENS, PAPER COASTERS, PAPERWEIGHTS, AND TRADING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1985; IN COMMERCE 0-0-1985.

SN 76-005,403, FILED 3-20-2000.

DAVID C. REIHNER, EXAMINING ATTORNEY

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50**

**Reg. No. 2,666,917**

**United States Patent and Trademark Office**   Registered Dec. 24, 2002

**TRADEMARK**
**PRINCIPAL REGISTER**



PLAYBOY ENTERPRISES INTERNATIONAL, INC. (DELAWARE CORPORATION)
680 NORTH LAKE SHORE DRIVE
CHICAGO, IL 60611

FOR: POSTERS, CALENDARS, TATTOOS, STICK-ERS, DECALS, PENS, COASTERS, PAPERWEIGHTS AND TRADING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-1-1985; IN COMMERCE 11-1-1985.

OWNER OF U.S. REG. NOS. 643,926, 2,177,521, AND OTHERS.

SN 76-005,004, FILED 3-20-2000.

DOMINICK J. SALEMI, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**United States Patent and Trademark Office**

Reg. No. 2,802,023
Registered Jan. 6, 2004

## TRADEMARK
### PRINCIPAL REGISTER



PLAYBOY ENTERPRISES INTERNATIONAL, INC. (DELAWARE CORPORATION)
680 NORTH LAKE SHORE DRIVE
CHICAGO, IL 60611

    FOR: JEWELRY, NAMELY NECKLACES, BRACELETS, BELLY CHAINS, BODY PIERCING JEWELRY AND EARRINGS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 10-0-1983; IN COMMERCE 10-0-1983.

OWNER OF U.S. REG. NO. 2,177,521.

SER. NO. 76-482,822, FILED 1-16-2003.

ALEXANDER L. POWERS, EXAMINING ATTORNEY

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

**United States Patent and Trademark Office**

Reg. No. 2,848,639
Registered June 1, 2004

## TRADEMARK
### PRINCIPAL REGISTER



PLAYBOY ENTERPRISES INTERNATIONAL, INC. (DELAWARE CORPORATION)
680 NORTH LAKE SHORE DRIVE
CHICAGO, IL 60611

FOR: BEVERAGEWARE, NAMELY MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 4-1-2001; IN COMMERCE 4-1-2001.

OWNER OF U.S. REG. NOS. 643,926, 2,626,133, AND OTHERS.

SN 76-435,177, FILED 7-29-2002.

PAULA MAHONEY, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,978,139

Registered July 26, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# PLAYBOY

PLAYBOY ENTERPRISES INTERNATIONAL, INC. (DELAWARE CORPORATION)
680 N. LAKESHORE DRIVE
CHICAGO, IL 60611

FOR: CELL PHONE FACEPLATES AND COVERS, NOT OF PAPER, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-2-2004; IN COMMERCE 11-2-2004.

OWNER OF U.S. REG. NO. 2,193,907.

SN 78-070,069, FILED 6-20-2001.

ELISSA GARBER KON, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,140,250**

## United States Patent and Trademark Office

Registered Sep. 5, 2006

### TRADEMARK
### PRINCIPAL REGISTER

# PLAYBOY

PLAYBOY ENTERPRISES INTERNATIONAL, INC. (DELAWARE CORPORATION)

680 N. LAKE SHORE DRIVE

CHICAGO, IL 60611

FOR: LINGERIE, SLEEPWEAR, LOUNGEWEAR, WRAPS AND ROBES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-1-1960; IN COMMERCE 8-1-1960.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,320,822, 2,485,583, AND OTHERS.

SN 78-515,459, FILED 11-11-2004.

MATTHEW PAPPAS, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

**Reg. No. 3,194,099**

Registered Jan. 2, 2007

## TRADEMARK
### PRINCIPAL REGISTER



PLAYBOY ENTERPRISES INTERNATIONAL, INC. (DELAWARE CORPORATION)
680 N. LAKE SHORE DRIVE
CHICAGO, IL 60611

FOR: BATHROBES; BEACHWEAR; BELTS; COATS; DRESSES; FOOTWEAR; HEADWEAR; HOSIERY; JACKETS; JOGGING SUITS; LINGERIE; LOUNGEWEAR; NECKWEAR; PANTS; SHIRTS; SHORTS; SKIRTS; SLEEPWEAR; SOCKS; STOCKINGS; SWEATERS; SWIM WEAR; T-SHIRTS; TOPS;

UNDERGARMENTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-3-1959; IN COMMERCE 4-3-1959.

OWNER OF U.S. REG. NOS. 728,889, 1,192,561 AND OTHERS.

SER. NO. 78-845,206, FILED 3-24-2006.

ZACHARY BELLO, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,308,169

Registered Oct. 9, 2007

## TRADEMARK
### PRINCIPAL REGISTER



PLAYBOY ENTERPRISES INTERNATIONAL, INC. (DELAWARE CORPORATION)
680 N. LAKE SHORE DRIVE
CHICAGO, IL 60611

   FOR: CELLULAR TELEPHONE ACCESSORIES, NAMELY CELL PHONE FACEPLATES, CELL PHONE STRAPS AND COVERS, MOBILE PHONE CHARGERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

   FIRST USE 11-2-2004; IN COMMERCE 11-2-2004.

   SN 78-405,579, FILED 4-21-2004.

HOWARD B. LEVINE, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

Reg. No. 3,332,339

**United States Patent and Trademark Office**

Registered Nov. 6, 2007

**TRADEMARK**
**PRINCIPAL REGISTER**



PLAYBOY ENTERPRISES INTERNATIONAL, INC. (DELAWARE CORPORATION)
680 N. LAKE SHORE DR.
CHICAGO, IL 60611

FOR: CALENDARS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-31-2006; IN COMMERCE 8-31-2006.

OWNER OF U.S. REG. NOS. 643,926, 791,333, AND 2,666,917.

THE MARK CONSISTS OF THE WORDS THE GIRLS NEXT DOOR WITH A RABBIT HEAD DESIGN AS PART OF THE LETTER "I" IN THE WORD "GIRLS".

SN 78-848,323, FILED 3-28-2006.

ZACHARY BELLO, EXAMINING ATTORNEY

**Int. Cls.: 6 and 20**

**Prior U.S. Cls.: 2, 12, 13, 14, 22, 23, 25, 32, and 50**

**United States Patent and Trademark Office**

**Reg. No. 3,406,607**

Registered Apr. 1, 2008

**TRADEMARK**
**PRINCIPAL REGISTER**

# PLAYBOY

PLAYBOY ENTERPRISES INTERNATIONAL, INC. (DELAWARE CORPORATION)
680 N. LAKE SHORE DRIVE
CHICAGO, IL 60611

FOR: METAL KEY FOBS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 4-18-2001; IN COMMERCE 4-18-2001.

FOR: PILLOWS, DECORATIVE BEAD CURTAINS, CORKS, NON-METALLIC BOTTLE STOPPERS, NON-METAL AND NON-LEATHER KEY CHAINS, NON-METAL KEY FOBS, FURNITURE, MIRRORS, PICTURE FRAMES, FIGURINES OF PLASTIC, STUFFED ANIMALS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 12-31-2005; IN COMMERCE 12-31-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,661,622 AND 2,719,886.

SN 78-540,640, FILED 12-31-2004.

MATTHEW PAPPAS, EXAMINING ATTORNEY

**Int. Cls.: 6 and 20**

**Prior U.S. Cls.: 2, 12, 13, 14, 22, 23, 25, 32, and 50**

**United States Patent and Trademark Office**

Reg. No. 3,406,608

Registered Apr. 1, 2008

## TRADEMARK
### PRINCIPAL REGISTER



PLAYBOY ENTERPRISES INTERNATIONAL, INC. (DELAWARE CORPORATION)
680 N. LAKE SHORE DRIVE
CHICAGO, IL 60611

FOR: METAL KEY FOBS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 4-18-2001; IN COMMERCE 4-18-2001.

FOR: PILLOWS, DECORATIVE BEAD CURTAINS, CORKS, NON-METALLIC BOTTLE STOPPERS, NON-METAL AND NON-LEATHER KEY CHAINS, NON-METAL KEY FOBS, MIRRORS, PICTURE FRAMES, FIGURINES OF PLASTIC, STUFFED ANIMALS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 12-31-2005; IN COMMERCE 12-31-2005.

OWNER OF U.S. REG. NOS. 2,483,351, 2,719,885, AND OTHERS.

THE MARK CONSISTS OF A RABBIT HEAD DESIGN.

SN 78-540,642, FILED 12-31-2004.

MATTHEW PAPPAS, EXAMINING ATTORNEY

Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

**Reg. No. 3,624,653**

## United States Patent and Trademark Office

Registered May 19, 2009

**TRADEMARK**
**PRINCIPAL REGISTER**

# PLAYBOY

PLAYBOY ENTERPRISES INTERNATIONAL, INC. (DELAWARE CORPORATION)
680 N. LAKE SHORE DRIVE
CHICAGO, IL 60611

FOR: SHOWER CURTAINS, BED BLANKETS, COMFORTERS, TOWELS, BED LINENS, THROWS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 4-2-2009; IN COMMERCE 4-2-2009.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,661,622.

SN 78-540,643, FILED 12-31-2004.

MATTHEW PAPPAS, EXAMINING ATTORNEY

**Int. Cl.: 24**

**Prior U.S. Cls.: 42 and 50**

**United States Patent and Trademark Office**

**Reg. No. 3,624,654**

Registered May 19, 2009

## TRADEMARK
### PRINCIPAL REGISTER



PLAYBOY ENTERPRISES INTERNATIONAL, INC. (DELAWARE CORPORATION)
680 N. LAKE SHORE DRIVE
CHICAGO, IL 60611

FOR: SHOWER CURTAINS, BED BLANKETS, COMFORTERS, TOWELS, BED LINENS, THROWS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 4-2-2009; IN COMMERCE 4-2-2009.

OWNER OF U.S. REG. NO. 784,504.

THE MARK CONSISTS OF A RABBIT HEAD DESIGN.

SN 78-540,645, FILED 12-31-2004.

MATTHEW PAPPAS, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# PLAYBOY

**Reg. No. 3,959,511**
**Registered May 10, 2011**

PLAYBOY ENTERPRISES INTERNATIONAL, INC. (DELAWARE CORPORATION)
680 NORTH LAKE SHORE DRIVE
CHICAGO, IL 60611

**Int. Cl.: 10**

FOR: CONDOMS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 9-0-2010; IN COMMERCE 9-0-2010.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 600,018, 3,128,037, AND OTHERS.

SN 85-005,409, FILED 4-2-2010.

JAMES GRIFFIN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,963,330**

**Registered May 17, 2011**

**Int. Cl.: 10**

**TRADEMARK**

**PRINCIPAL REGISTER**

PLAYBOY ENTERPRISES INTERNATIONAL, INC. (DELAWARE CORPORATION)
680 NORTH LAKE SHORE DRIVE
CHICAGO, IL 60611

FOR: CONDOMS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 9-0-2010; IN COMMERCE 9-0-2010.

OWNER OF U.S. REG. NOS. 643,926, 3,128,038, AND OTHERS.

THE MARK CONSISTS OF RABBIT HEAD DESIGN.

SN 85-005,414, FILED 4-2-2010.

JAMES GRIFFIN, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# PLAYBOY

**Reg. No. 4,280,121**
**Registered Jan. 22, 2013**

PLAYBOY ENTERPRISES INTERNATIONAL, INC. (DELAWARE CORPORATION)
P.O. BOX 16373
BEVERLY HILLS, CA 90209

**Int. Cl.: 25**

FOR: GARTER BELTS; HALLOWEEN COSTUMES AND MASKS SOLD IN CONNECTION THEREWITH; JEANS; MASQUERADE COSTUMES AND MASKS SOLD IN CONNECTION THEREWITH; PULLOVERS; SLEEP MASKS; SMOKING JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**

**PRINCIPAL REGISTER**

FIRST USE 1-0-1999; IN COMMERCE 1-0-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,320,822, 3,140,250, AND OTHERS.

SN 77-834,415, FILED 9-24-2009.

EVELYN BRADLEY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,280,122**

**Registered Jan. 22, 2013**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

PLAYBOY ENTERPRISES INTERNATIONAL, INC. (DELAWARE CORPORATION)
P.O. BOX 16373
BEVERLY HILLS, CA 90209

FOR: GARTER BELTS; HALLOWEEN COSTUMES AND MASKS SOLD IN CONNECTION THEREWITH; JEANS; MASQUERADE COSTUMES AND MASKS SOLD IN CONNECTION THEREWITH; PULLOVERS; SLEEP MASKS; SMOKING JACKETS; SWEAT PANTS; SWEAT SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-1999; IN COMMERCE 1-0-1999.

OWNER OF U.S. REG. NOS. 728,889, 3,194,099, AND OTHERS.

THE MARK CONSISTS OF A RABBIT HEAD DESIGN.

SN 77-834,480, FILED 9-24-2009.

EVELYN BRADLEY, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



| | |
|---|---|
| **Reg. No. 4,316,000** | PLAYBOY ENTERPRISES INTERNATIONAL, INC. (DELAWARE CORPORATION)<br>P.O. BOX 16373 |
| **Registered Apr. 9, 2013** | BEVERLY HILLS, CA 90209 |
| **Int. Cl.: 3** | FOR: PERFUMERY, DEODORANTS AND SHOWER GEL, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52). |
| **TRADEMARK** | FIRST USE 8-0-2012; IN COMMERCE 8-0-2012. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF THE WORDING "VIP" WITH THE LETTERS "V" AND "P" SEPARATED BY THE DESIGN OF THE SILHOUETTE OF WOMAN FOR THE LETTER "I". |

SER. NO. 85-611,156, FILED 4-28-2012.

REGINA DRUMMOND, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# PLAYBOY PLUS

**Reg. No. 4,495,246**

**Registered Mar. 11, 2014**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

PLAYBOY ENTERPRISES INTERNATIONAL, INC. (DELAWARE CORPORATION)
P.O. BOX 16373
BEVERLY HILLS, CA 90209

FOR: DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF MAGAZINES IN THE FIELD OF ADULT ENTERTAINMENT; DOWNLOADABLE RING TONES, AND GRAPHICS VIA A GLOBAL COMPUTER NETWORK AND WIRELESS DEVICES; DOWN-LOADABLE VIDEO RECORDINGS FEATURING ADULT ENTERTAINMENT; VIDEO GAMES FOR CELLULAR PHONES, MOBILE DEVICES, PERSONAL COMPUTERS, AND TABLETS; ELECTRONIC GAME SOFTWARE; COMPUTER GAME PROGRAMS; DOWNLOADABLE COMPUTER GAME PROGRAMS; INTERACTIVE GAME PROGRAMS; INTERACTIVE GAME SOFTWARE; DOWNLOADABLE SOFTWARE IN THE NATURE OF MOBILE APPLIC-ATIONS FOR ACCESSING, VIEWING, INTERACTING WITH AND DOWNLOADING CONTENT FROM ELECTRONIC MAGAZINES AND WEBSITES; DVDS FEATURING ADULT ENTERTAINMENT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-22-2012; IN COMMERCE 3-22-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,393,914, 3,269,974, AND OTHERS.

SN 85-477,724, FILED 11-21-2011.

KEVIN CORWIN, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office

# SUPER PLAYBOY

**Reg. No. 4,552,599**
**Registered June 17, 2014**

PLAYBOY ENTERPRISES INTERNATIONAL, INC. (DELAWARE CORPORATION)
P.O. BOX 16373
BEVERLY HILLS, CA 90209

**Int. Cl.: 3**

FOR: DEODORANT FOR PERSONAL USE; PERFUMERY; SHOWER GEL, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

**TRADEMARK**

FIRST USE 9-1-2013; IN COMMERCE 9-1-2013.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,941,183, 3,128,037, AND 3,749,284.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SUPER", APART FROM THE MARK AS SHOWN.

SN 85-812,902, FILED 12-31-2012.

MATTHEW EINSTEIN, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**



# United States of America
### United States Patent and Trademark Office

# PLAYBOY

**Reg. No. 4,560,637**

**Registered July 1, 2014**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

PLAYBOY ENTERPRISES INTERNATIONAL, INC. (DELAWARE CORPORATION)
P.O. BOX 16373
BEVERLY HILLS, CA 90209

FOR: VIDEO GAME SOFTWARE FOR CELLULAR PHONES, MOBILE DEVICES, PERSONAL COMPUTERS, AND TABLETS; ELECTRONIC GAME SOFTWARE; COMPUTER GAME PROGRAMS; DOWNLOADABLE COMPUTER GAME PROGRAMS; INTERACTIVE GAME PROGRAMS; INTERACTIVE GAME SOFTWARE; DOWNLOADABLE SOFTWARE IN THE NATURE OF MOBILE APPLICATIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-25-2005; IN COMMERCE 1-25-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,635,849, 3,172,072, AND OTHERS.

SN 85-382,793, FILED 7-27-2011.

MARTHA FROMM, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office

# PLAYBOY

**Reg. No. 4,886,163**
**Registered Jan. 12, 2016**

PLAYBOY ENTERPRISES INTERNATIONAL, INC. (DELAWARE CORPORATION)
P.O. BOX 16373
BEVERLY HILLS, CA 90209

**Int. Cl.: 33**

FOR: WINE; SPARKLING WINE; CHAMPAGNE; VODKA; LIQUOR; ALCOHOLIC BEVERAGES EXCEPT BEERS, IN CLASS 33 (U.S. CLS. 47 AND 49).

**TRADEMARK**

FIRST USE 9-22-2015; IN COMMERCE 9-22-2015.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,496,428.

SN 85-528,344, FILED 1-30-2012.

KEVIN CORWIN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# PLAYBOY

**Reg. No. 4,973,564**

**Registered June 7, 2016**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

PLAYBOY ENTERPRISES INTERNATIONAL, INC (DELAWARE CORPORATION)
P.O. BOX 16373
BEVERLY HILLS, CA 90209

FOR: BODY JEWELRY; BODY-PIERCING RINGS; BODY-PIERCING STUDS; BRACELETS; BROACHES; BROOCHES; CHARMS; CLOCKS; COSTUME JEWELRY; CUFF LINKS; DIA-MOND JEWELRY; EARRINGS; FANCY KEYRINGS OF PRECIOUS METALS; GEMSTONE JEWELRY; JEWEL PENDANTS; JEWELRY; JEWELRY AND IMITATION JEWELRY; JEWELS; KEY CHAINS AS JEWELLERY; KEY CHAINS OF PRECIOUS METAL; NECKLACES; PENDANTS; PINS BEING JEWELRY; RINGS; WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 6-1-2014; IN COMMERCE 6-1-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 645,386 AND 3,242,491.

SN 86-098,253, FILED 10-22-2013.

BRIN ANDERSON, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# PLBY

**Reg. No. 4,983,730**

**Registered June 21, 2016**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

PLAYBOY ENTERPRISES INTERNATIONAL, INC (DELAWARE CORPORATION)
P.O. BOX 16373
BEVERLY HILLS, CA 90209

FOR: SHIRTS; T-SHIRTS; SWEAT SHIRTS; HOODIES; LOUNGEWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-1-2014; IN COMMERCE 8-1-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 984,548, 1,328,611, AND OTHERS.

SN 86-220,768, FILED 3-13-2014.

JORDAN BAKER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# PLAYBOY

**Reg. No. 5,138,230**

**Registered Feb. 07, 2017**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

PLAYBOY ENTERPRISES INTERNATIONAL, INC (DELAWARE CORPORATION)
P.O. BOX 16373
Beverly Hills, CA 90209

CLASS 21: bottle openers, flask, mugs, reusable stainless steel water bottles sold empty

FIRST USE 11-1-2015; IN COMMERCE 11-1-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-645,608, FILED 05-29-2015
ANDREA R HACK, EXAMINING ATTORNEY



*Director of the United States*
*Patent and Trademark Office*

# United States of America

## United States Patent and Trademark Office

# PLAYBOY

**Reg. No. 5,210,800**

**Registered May 23, 2017**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Playboy Enterprises International, Inc. (DELAWARE CORPORATION)
9346 Civic Center Dr., Suite 200
Beverly Hills, CA 90210

CLASS 25: Hats

FIRST USE 9-1-2016; IN COMMERCE 9-1-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-037,226, FILED 05-14-2016
AMER YASIN RAJA, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# PLAYBOY

**Reg. No. 5,291,242**

**Registered Sep. 19, 2017**

**Int. Cl.: 30**

**Trademark**

**Principal Register**

PLAYBOY ENTERPRISES INTERNATIONAL, INC (DELAWARE CORPORATION)
P.O. Box 16373
Beverly Hills, CA 90209

CLASS 30: Candies; Candy; Candy mints

FIRST USE 4-12-2017; IN COMMERCE 4-12-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3370451

SER. NO. 86-031,549, FILED 08-07-2013
ELIZABETH YI HS CHANG, EXAMINING ATTORNEY



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,301,904**

**Registered Oct. 03, 2017**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

PLAYBOY ENTERPRISES INTERNATIONAL, INC (DELAWARE CORPORATION)
P.o. Box 16373
Beverly Hills, CALIFORNIA 90209

CLASS 25: caps; halter tops; hats; headbands; headwear; hoods; jackets; jeans; loungewear; pants; shirts; sweat shirts; t-shirts; tank tops

FIRST USE 11-1-2013; IN COMMERCE 4-1-2017

The mark consists of the stylized word "PLAYBOY" with a rabbit head wearing a bow tie in place of the letter "O".

SER. NO. 86-506,030, FILED 01-16-2015



*Joseph Matol*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# PLAYBOY ✦
# #generation

**Reg. No. 5,317,383**

**Registered Oct. 24, 2017**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

PLAYBOY ENTERPRISES INTERNATIONAL, INC (DELAWARE CORPORATION)
P.o. Box 16373
Beverly Hills, CALIFORNIA 90209

CLASS 3: Perfumery, namely, perfumes, fragrances, eau de toilette, eau de cologne, essential oils for personal use; body care products, namely, soaps, deodorants, namely, personal deodorants and antiperspirants for personal use; body lotions, body creams, body mists, body wash; talcum powders; shampoos, bath gels, shower gels, bath oils

FIRST USE 5-1-2016; IN COMMERCE 5-1-2016

The mark consists of the word "PLAYBOY" with a rabbit head design and the number symbol with the word "generation".

SER. NO. 86-312,377, FILED 06-17-2014

*Joseph Matol*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,350,998**

**Registered Dec. 05, 2017**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

PLAYBOY ENTERPRISES INTERNATIONAL, INC (DELAWARE CORPORATION)
P.o. Box 16373
Beverly Hills, CALIFORNIA 90209

CLASS 14: Clocks and watches

FIRST USE 11-1-2016; IN COMMERCE 11-1-2016

The mark consists of A RABBIT HEAD wearing a bow tie.

SER. NO. 86-656,955, FILED 06-09-2015



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# PLAYBOY

**Reg. No. 5,423,595**

**Registered Mar. 13, 2018**

**Int. Cl.: 5, 34**

**Trademark**

**Principal Register**

PLAYBOY ENTERPRISES INTERNATIONAL, INC (DELAWARE CORPORATION)
P.o. Box 16373
Beverly Hills, CALIFORNIA 90209

CLASS 5: Personal lubricants; Personal sexual lubricants; Silicone-based personal lubricants; Water-based personal lubricants

FIRST USE 6-19-2014; IN COMMERCE 6-19-2014

CLASS 34: Ashtrays; Ashtrays for smokers made of non-precious metals; Ashtrays for smokers made of precious metals; Cigar and cigarette boxes; Cigar and cigarette boxes not of precious metal; Cigar and cigarette boxes of precious metal; Cigar cases; Cigar cutters; Cigar holders; Cigar lighters; Cigarette ash receptacles; Cigarette cases; Cigarette filters; Cigarette holders; Cigarette lighters not for land vehicles; Cigarette lighters not of precious metal; Cigarette lighters of precious metal; Cigarettes; Cigars; Electric cigarettes; Electric cigars; Electronic cigarette lighters; Electronic cigarettes; Electronic cigars; Holder for a cigarette pack and lighter; Matches; Pipe pouches; Smokeless cigar vaporizer pipes; Smokeless cigarette vaporizer pipe; Smokers' articles, namely, cigar storage tubes; Smoking pipes; Tobacco pipes; Tobacco pouches; Tobacco, cigars and cigarettes

FIRST USE 3-15-2016; IN COMMERCE 3-15-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3959511, 2107294, 0755301

SER. NO. 86-043,101, FILED 08-20-2013

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,482,507**

**Registered May 29, 2018**

**Int. Cl.: 5, 34**

**Trademark**

**Principal Register**

Playboy Enterprises International, Inc. (DELAWARE CORPORATION)
9346 Civic Center Dr., Suite 200
Beverly Hills, CALIFORNIA 90210

CLASS 5: Personal lubricants; Personal sexual lubricants; Silicone-based personal lubricants; Water-based personal lubricants

FIRST USE 6-19-2014; IN COMMERCE 6-19-2014

CLASS 34: Electric cigarettes; Electric cigars; Electronic cigarette lighters; Electronic cigarettes; Electronic cigars; Electronic smoking pipes; Tobacco

FIRST USE 3-15-2016; IN COMMERCE 3-15-2016

The mark consists of rabbit head wearing a bowtie.

SER. NO. 87-477,826, FILED 06-06-2017

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,530,694**

**Registered Jul. 31, 2018**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Playboy Enterprises International, Inc.  (DELAWARE CORPORATION)
9346 Civic Center Dr., Suite 200
Beverly Hills, CALIFORNIA 90206

CLASS 28: Golf equipment namely, head covers for golf clubs, golf balls

FIRST USE 10-1-1981; IN COMMERCE 2-8-2015

The mark consists of a rabbit head wearing a bow tie.

SER. NO. 86-928,491, FILED 03-03-2016

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,552,179**

**Registered Aug. 28, 2018**

**Int. Cl.: 30**

**Trademark**

**Principal Register**

Playboy Enterprises International, Inc.  (DELAWARE CORPORATION)
9346 Civic Center Dr., Suite 200
Beverly Hills, CALIFORNIA 90210

CLASS 30: Candies; candy mints

FIRST USE 4-12-2017; IN COMMERCE 4-12-2017

The mark consists of rabbit head wearing a bow tie.

SER. NO. 87-552,968, FILED 08-02-2017

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# PLAYBOY

**Reg. No. 5,938,488**

**Registered Dec. 17, 2019**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Playboy Enterprises International, Inc.  (DELAWARE CORPORATION)
9346 Civic Center Dr., Suite 200
Beverly Hills, CALIFORNIA 90210

CLASS 5: Liquid nutraceuticals for use as a dietary supplement; herbal supplements

FIRST USE 5-10-2019; IN COMMERCE 5-10-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-477,700, FILED 06-06-2017



Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,938,489**

**Registered Dec. 17, 2019**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Playboy Enterprises International, Inc.  (DELAWARE CORPORATION)
9346 Civic Center Dr., Suite 200
Beverly Hills, CALIFORNIA 90210

CLASS 5: Liquid nutraceuticals for use as a dietary supplement; herbal supplements

FIRST USE 5-10-2019; IN COMMERCE 5-10-2019

The mark consists of Rabbit head with a bow tie.

SER. NO. 87-477,707, FILED 06-06-2017



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# MR. PLAYBOY

**Reg. No. 5,997,751**

**Registered Feb. 25, 2020**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Playboy Enterprises International, Inc. (DELAWARE CORPORATION)
10960 Wilshire Blvd., Suite 2200
Los Angeles, CALIFORNIA 90024

CLASS 16: magazines in the fields of adult entertainment, entertainment, the sports industry and social media

FIRST USE 9-17-2019; IN COMMERCE 9-17-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-960,799, FILED 06-13-2018



Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# PLAYBOY

**Reg. No. 6,042,869**

**Registered Apr. 28, 2020**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

Playboy Enterprises International, Inc. (DELAWARE CORPORATION)
10960 Wilshire Blvd., Suite 2200
Los Angeles, CALIFORNIA 90024

CLASS 3: Cosmetics

FIRST USE 10-28-2019; IN COMMERCE 10-28-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-224,012, FILED 11-02-2016



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# PLAYBOY

**Reg. No. 6,901,231**
**Registered Nov. 15, 2022**
**Int. Cl.: 9**
**Trademark**
**Principal Register**

Playboy Enterprises International, Inc  (DELAWARE CORPORATION)
10960 Wilshire Blvd., Suite 2200
Los Angeles, CALIFORNIA 90024

CLASS 9: Non fungible tokens, namely, downloadable image files containing artwork and avatars authenticated by non-fungible tokens (NFTs); Downloadable digital media, namely, downloadable multimedia files containing artwork relating to artwork, images and avatars authenticated by non-fungible tokens (NFTs)

FIRST USE 5-4-2021; IN COMMERCE 5-4-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-319,153, FILED 03-18-2022



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office

